In the Matter of JASMINE G. and Others, Children Alleged to be Neglected. PAMELA G., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted April 3, 2017; decided June 6, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

MAIMOUNA KAMATE, Respondent, v MJ CAHN Co. et al., Appellants.

Submitted April 3, 2017; decided June 6, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.